JOHN M. WOROBETZ v. RESORTS INTERNATIONAL
HOTEL AND CASINO.

July 2, 1984.

Petition for certification denied.

MARGARITA MANSILLA v. CAESARS BOARDWALK
REGENCY HOTEL AND CASINO.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD R. RAVICH.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES JOHNSON.

July 2, 1984.

Petition for certification denied.